**Betty M. RUSMISELL; Ann Rusmisell, Plaintiffs–Appellants,**

v.

**Gerald Locke SMITH; John Busch, law firm of Busch & Talbott, LC; Mike Ross, Senator; James Ross; M. Hugh Hefner; Jimmie L. Green; R. Mark Harper; William E. Mcknight; Thomas Keadle; James D. Larosa; Anker Energy Corporation; Spruce Forks Coal; John T. Haskins; Raymond F. Phillips; Bass Energy, Incorporated; John M. Bowers; Eugene C. Suder; Aubrey A. Wilson; Normand Hale; Virgil Miller; James Daniel Moody; Jeffrey St. Clair; Troy Brady; Greg Andrews; Larry Marsh; Unknown Female Employee of Sheriff; Charlie McCourt; Juanita Adams; James Woody; Dale Woody; Stephen A. Holmes; Laura Rusmisell; Dean Everett; Margarete Grose, Defendants–Appellees,**

**and**

**Magistrate Court of Upshur County; Circuit Court of Upshur County; Supreme Court of Appeals of West Virginia, Defendants.**

No. 01–2470.

United States Court of Appeals, Fourth Circuit.

Submitted April 30, 2002.

Decided June 14, 2002.

Betty M. Rusmisell, Ann Rusmisell, Appellants Pro Se. John Everett Busch, Busch & Talbott, Elkins, West Virginia; William Tracey Weber, Jr., Weber & Weber, Weston, West Virginia; Daniel C. Cooper, James Douglas Gray, Michael S. Garrison, Michael Kozakewich, Jr., Steptoe & Johnson, Clarksburg, West Virginia; Harold Stanford Yost, Bridgeport, West Virginia; James A. Walls, Morgantown, West Virginia; John M. Bowers, French Creek, West Virginia; Ellen R. Archibald, Kesner, Kesner & Bramble, Charleston, West Virginia; Aubrey A. Wilson, Buckhannon, West Virginia; Normand Hale, Buckhannon, West Virginia; Norman Thomas Farley, West & Jones, Clarksburg, West Virginia; Terry D. Reed, Hymes & Coonts, Buckhannon, West Virginia; Laura Rusmisell, Buckhannon, West Virginia; Dean Everett, Buckhannon, West Virginia; T. Keith Gould, Wilson & bailey, Weston, West Virginia, for Appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Betty M. Rusmisell and Ann Rusmisell appeal the district court's orders awarding attorney's fees and costs in accordance with the methodology of *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir.1974), and denying their motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rusmisell v. Smith*, No. CA–98–23–2 (N.D.W. Va. Nov. 5, and Dec. 3, 2001). We deny the motion to strike informal briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the

**528**

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*